IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE EARL SHEPARD,

    Petitioner,　　　　　　　　No. 2:10-cv-3249 EFB P

  vs.

F. X. CHAVEZ,

    Respondent.　　　　　　　　ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2012, petitioner filed a motion for a certificate of appealability. Dckt. No. 36. However, on September 12, 2012, the court issued an order in which it declined to issue a certificate of appealability. As the court has already decided that petitioner is not entitled to a certificate of appealability, petitioner's October 11, 2012 motion is denied.

    SO ORDERED.

Dated: October 17, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE